Submitted on record and briefs November 12, reversed and remanded for reconsideration of attorney fees award; otherwise affirmed December 4, 1991

In the Matter of the Compensation of
Sam L. Hoover, Claimant.

Sam L. HOOVER,
*Petitioner,*

*v.*

SAIF CORPORATION
and Fairview Training Center,
*Respondents.*

(90-06155; CA A69595)

820 P2d 468

Charles D. Maier and Gatti, Gatti, Maier & Associates, Salem, filed the brief for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Thomas E. Ewing, Assistant Attorney General, Salem, filed the brief for respondents.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

Employer concedes that claimant is entitled to reasonable attorney fees. ORS 656.386(1); *Jones v. OSCI*, 108 Or App 230, 814 P2d 558 (1991).

Reversed and remanded for reconsideration of attorney fees award; otherwise affirmed.